<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7098**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

       v.

DARNELL BERNIE CALLOWAY, a/k/a Dirty,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:05-cr-00051-jct-1)

Submitted:  May 21, 2009           Decided:  May 26, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darnell Bernie Calloway, Appellant Pro Se.  Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Bernie Calloway appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Calloway, No. 7:05-cr-00051-jct-1 (W.D. Va. June 25, 2008). See United States v. Hood, 556 F.3d 226 (4th Cir. 2009). We deny Calloway's motion to consolidate and appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED